No. 705. CIPRIANO *v*. CITY OF HOUMA ET AL. Appeal from D. C. E. D. La. [Probable jurisdiction noted, 393 U. S. 1061.] Motion of Louisiana Municipal Assn. for leave to join in the *amicus curiae* brief of the State of Louisiana granted. *John V. Parker* on the motion.

No. 1700, Misc. IN RE DISBARMENT OF SILL. It having been reported to the Court that Norman E. Sill of Washington, District of Columbia, has been disbarred from the practice of law by the United States Court of Appeals for the District of Columbia Circuit, duly entered on the 18th day of February, 1968, and this Court by order of March 10, 1969 [*ante,* p. 902], having suspended the said Norman E. Sill from the practice of law in this Court and directed that a rule issue requiring him to show cause why he should not be disbarred;

And it appearing that the said rule was duly issued and served upon the respondent, and that the time within which to file a return to the rule has expired;

IT IS ORDERED that the said Norman E. Sill be, and he is hereby, disbarred from the practice of law in this Court and that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.

No. 1242, Misc. BIVENS *v*. UNITED STATES. C. A. 2d Cir. Application for bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. *Solicitor General Griswold* in opposition.

No. 1064. NORTH CAROLINA *v*. ALFORD. Appeal from C. A. 4th Cir. [Probable jurisdiction noted, *ante,* p. 956.] Motion of appellee for appointment of counsel granted. It is ordered that *Doris R. Bray,* of Greensboro, North Carolina, be, and she is hereby, appointed to serve as counsel for appellee in this case.